HEATHER M. McKEON, ESQ.; STATE BAR NO.: 186414
Email: hmckeon@tharpe-howell.com
AUSTIN M. STENBERG, ESQ.; STATE BAR NO.: 341147
Email: astenberg@tharpe-howell.com

**THARPE & HOWELL, LLP**
**15250 Ventura Blvd., Ninth Floor**
**Sherman Oaks, California 91403**
**(818) 205-9955; (818) 205-9944 fax**

Attorneys for Defendant,
    FARMERS INSURANCE EXCHANGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| AEROTEK AFFILIATED SERVICES, INC., f/k/a AEROTEK, INC., a Maryland Corporation,<br><br>                          Plaintiff,<br><br>v.<br><br>FARMERS INSURANCE EXCHANGE, a reciprocal or inter-insurance exchange, and DOES 1-50, inclusive,<br><br>                          Defendants. | Case No. 2:23–cv–03288–RAO<br>[LASC Case No.: 23STCV06724]<br>Complaint Filed: March 28, 2023<br><br>[~~PROPOSED~~] **ORDER REMANDING REMOVED ACTION**<br><br>[Assigned to Magistrate Judge Rozella A. Oliver] |

The Court, having reviewed Plaintiff AEROTEK AFFILIATED SERVICES, INC., f/k/a AEROTEK, INC. and Defendant FARMERS INSURANCE EXCHANGE's Stipulation to Remand Removed Action and finding good cause, hereby issues an order as follows:

1.    This action shall immediately be remanded to the Superior Court for the State of California, County of Los Angeles. Each party shall bear its own attorneys' fees and costs with respect to the removal and subsequent remand of this action pursuant to this order.

///

///

2.     All pending matters and dates set before this Court are hereby VACATED. This Court will take no further action regarding this case.

**IT IS SO ORDERED.**

Dated: May 16, 2023

_Rozella A. Oli_

HON. ROZELLA A. OLIVER
United States Magistrate Judge

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

1. At the time of service I was at least 18 years of age and **not a party to this legal action.**

2. My business address is 15250 Ventura Boulevard, Ninth Floor, Sherman Oaks, CA 91403.

3. I served copies of the following documents (specify the exact title of each document served):

### [PROPOSED] ORDER REMANDING REMOVED ACTION

4. I served the documents listed above in item 3 on the following persons at the addresses listed:

| | |
|---|---|
| Patricia Ball Alberts, Esq.<br>Michael Matta, Esq.<br>HUSCH BLACKWELL, LLP<br>355 Grand Avenue<br>Suite 2850<br>Los Angeles, CA 90071<br>Telephone: (213) 337-6550<br>Facsimile: (213) 337-6551<br>Email: patricia.alberts@huschblackwell.com<br>Email: Michael.matta@huschblackwell.com | Attorney for Plaintiff<br>AEROTEK AFFILIATED<br>SERVICES, INC., f/k/a<br>AEROTEK, INC |

5. a. ___ **By personal service**. I personally delivered the documents on the date shown below to the persons at the addresses listed above in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party delivery was made to the party or by leaving the documents at the party's residence between the hours of eight in the morning and six in the evening with some person not less than 18 years of age.

b. ___ **By United States mail**. I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and *(specify one):*

(1) ___ deposited the sealed envelope with the United States Postal Service, with the postage fully prepaid on the date shown below, or

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

[PROPOSED] ORDER REMANDING REMOVED ACTION

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

(2) ___ placed the envelope for collection and mailing on the date shown below, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Sherman Oaks, California.

c. ___ **By overnight delivery.** I enclosed the documents on the date shown below in an envelope or package provided by an overnight delivery carrier and addressed to the person at the addresses in item 4. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ___ **By fax transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents on the date shown below to the fax numbers of the persons listed in item 4. No error was reported by the fax machine that I used. A copy of the fax transmission, which I printed out, is attached to my file copy.

e. __x__ **BY ELECTRONIC TRANSMISSION**. By filing through the Court's CM/ECF system, which resulted in the generation of a Notice of Electronic Filing (NEF) confirming service on all registered CM/ECF users, including the person(s) listed above in item 4. Fed.R.Civ.P. 5(b)(2)(E), Central District Local Rule 5-3.2.

f. ___ **BY ELECTRONIC TRANSMISSION**. By e-mailing the document(s) to the person(s) at the e-mail address(es) listed in item 4 pursuant to prior written consent of the party(ies) served. Fed.R.Civ.P. 5(b)(2)(E) and (F). I caused the documents to be sent on the date shown below to the e-mail addresses of the persons listed in item 4. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission

6. I served the documents by the means described in item 5 on *(date): See Below*

- 4 -

[PROPOSED] ORDER REMANDING REMOVED ACTION

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| 5/15/2023 | Stacey Elliott | |
|-----------|----------------|---|
| DATE | (TYPE OR PRINT NAME) | (SIGNATURE OF DECLARANT) |

I:\33000-000\33792\Pleadings\Federal\Proposed Order re Remand.docx

THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

[PROPOSED] ORDER REMANDING REMOVED ACTION